[No. 14426-7-III.    Division Three.    August 1, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
JOSEPH BOGNER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 94-1-00371-6, Carolyn A. Brown, J., entered October 28, 1994. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Munson and Thompson, JJ.

[Nos. 18452-4-II; 18604-7-II.    Division Two.    August 2, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO
SANCHEZ-CRUZ, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ENRIQUE
ROJAS PONTENEZ, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 94-1-01958-1 and 94-1-02057-1, Thomas Felnagle and Brian M. Tollefson, JJ., entered July 11, 1994 and August 25, 1994. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 18658-6-II.    Division Two.    August 2, 1996.]

BRUCE HOPKINS, *Appellant*, v. INTERCITY TRANSIT,
*Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 91-2-00433-9, Richard A. Strophy, J., entered August 19, 1994. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Bridgewater, JJ.